UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES          :    Crim. No. 09- Cr 295 (PGS)

v.                     :    Hon. Mark Falk

LEO JOHNSON            :

### SEALING ORDER

This matter having been brought before the Court upon application of Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey (Zach Intrater, Assistant United States Attorney, appearing), for an order sealing the Indictment issued on April 17, 2009, the accompanying arrest warrant, and all related documents pertaining thereto, and for good cause shown,

IT IS on this 17th day of April, 2009

ORDERED that the Indictment, the arrest warrant, and all related documents filed in the above-referenced case be and hereby are sealed until the defendant's initial appearance or arraignment on the Indictment.

HON. MARK FALK
United States Magistrate Judge