**Robert J. DeGroot**

ATTORNEY AT LAW

56 PARK PLACE

NEWARK, NEW JERSEY 07102

(973) 643-1930

FAX NO. (973) 643-7231

*ADMITTED TO NEW JERSEY & NEW YORK BAR
NEW JERSEY CERTIFIED CRIMINAL TRIAL ATTORNEY

EMAIL ADDRESS
RobertJDeGroot@aol.com

August 28, 2009

Hon. Peter Sheridan, D.C.J.
MLK Jr Federal Bldg & Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    United States v. Leo Johnson
             Criminal No. 09-295 (PGS)

Dear Judge Sheridan:

    I respectfully request that my client be permitted to leave his county of residence to travel with his three children to Orlando, Florida from September 3rd to September 5th, 2009. I have attempted to contact Zach Intrater, AUSA to receive his consent however I have been unable to reach him.

                              Respectfully,

                              Robert J. DeGroot

RJD/dyy

  cc:    Zach Intrater, AUSA

_____ Granted

___✓___ Denied *without prejudice,* (PGS)