# Robert J. DeGroot

*ADMITTED TO NEW JERSEY & NEW YORK BAR  
NEW JERSEY CERTIFIED CRIMINAL TRIAL ATTORNEY

ATTORNEY AT LAW

56 PARK PLACE

NEWARK, NEW JERSEY 07102

(973) 643-1930

FAX NO. (973) 643-7231

EMAIL ADDRESS  
RobertJDeGroot@aol.com

September 4, 2009

Hon. Peter Sheridan, DCJ  
MLK Jr. Federal Building & Courthouse  
50 Walnut Street  
Newark, NJ 07102

    Re:    United States v. Leo Johnson  
             Criminal No. 09-295 (PGS)

Dear Judge Sheridan:

    I respectfully request that the Court matter scheduled for September 10, 2009 be adjourned due to Mr. Johnson's heart condition. I am enclosing a letter from his treating physician, Dr. John Crescitelli, who scheduled a cardiac scan for this same date and strongly recommended that Mr. Johnson not travel until his condition is further evaluated. I received consent from the Assistant United States Attorney Zach Intrater and have received a tentative date of September 21, 2009 at 10:30 from your chambers.

Respectfully,

Robert J. DeGroot

RJD/dyy

cc:    Zach Intrater, AUSA

SO ORDERED: 9/8/09  
DATED: Peter Sheridan