# Robert J. DeGroot
ATTORNEY AT LAW
56 PARK PLACE
NEWARK, NEW JERSEY 07102
(973) 643-1930
FAX NO. (973) 643-7231

*ADMITTED TO NEW JERSEY & NEW YORK BAR
NEW JERSEY CERTIFIED CRIMINAL TRIAL ATTORNEY

EMAIL ADDRESS
RobertJDeGroot@aol.com

October 9, 2009

VIA FACSIMILE 609-989-0515

Hon. Peter Sheridan, DCJ
MLK Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    United States v. Leo Johnson
           Criminal No. 09-295 (PGS)

Dear Judge Sheridan:

    Renewing my previous request to permit Mr. Johnson to travel to Disney World in Orlando, Florida with his three children, I have received consent from both the Pretrial Service Officer, Iram Ferguson, Jr., and the Assistant United States Attorney, Zach Intrater, to allow Mr. Johnson to travel on those three separate occasions.

    Accordingly, I respectfully request your Honor grant Mr. Johnson's application.

    Respectfully,

    Robert J. DeGroot

RJD/dyy

cc:    Zach Intrater, AUSA
       Iram Ferguson, Jr.

SO ORDERED: [signature] Peter M. Sheridan
DATE: 10/13/09

# Robert J. DeGroot

*ADMITTED TO NEW JERSEY & NEW YORK BAR
NEW JERSEY CERTIFIED CRIMINAL TRIAL ATTORNEY

ATTORNEY AT LAW
56 PARK PLACE
NEWARK, NEW JERSEY 07102
(973) 643-1930
FAX NO. (973) 643-7231

EMAIL ADDRESS
RobertJDeGroot@aol.com

October 6, 2009

Hon. Peter Sheridan, D.C.J.
MLK Jr. Federal Bldg & Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    U.S. v. Leo Johnson
             Criminal No. 09-295 (PGS)

Dear Judge Sheridan:

    In the last court hearing, your Honor indicated that you would allow my client to travel with his three children to Orlando, Florida, due, in part, to his health condition. My client has indicated that he has booked the following nights at Disney World:

| Dates | Hotel |
|---|---|
| October 28-30 | Wilderness Hotel |
| November 25-27 | French Waters |
| December 15-18 | Grand Floridian |

    I respectfully request that your Honor permit my client to leave his county of residence to travel with his three children on these dates. The Assistant United States Attorney has consented to this request.

Respectfully,

Robert J. DeGroot

RJD/dyy
cc:    Zach Intrater, AUSA

_____ Granted

_____ Denied