*ADMITTED TO NEW JERSEY & NEW YORK BAR
NEW JERSEY CERTIFIED CRIMINAL TRIAL ATTORNEY

# Robert J. DeGroot
ATTORNEY AT LAW
56 PARK PLACE
NEWARK, NEW JERSEY 07102
(973) 643-1930
FAX NO. (973) 643-7231

EMAIL ADDRESS
RobertJDeGroot@aol.com

November 17, 2009

VIA FACSIMILE 609-989-0515

Hon. Peter Sheridan, DCJ
MLK Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    U.S. v. Leo Johnson
             Criminal No. 09-295 (PGS)

Dear Judge Sheridan:

    Your Honor previously granted my client's request to travel to Disney World with his three children on November 25 to November 27. My client has informed me that he was actually staying overnight on the 27th of November and would be returning on the 28th of November. I respectfully request that Your Honor permit my client to stay one more night in Disney World. I have received consent from the Assistant United States Attorney, Zach Intrater, and the Pretrial Service Office, Iram Ferguson, Jr.

Respectfully,

Robert J. DeGroot

RJD/dyy

cc:    Zach Intrater, AUSA
       Iram Ferguson, Jr.

SO ORDERED: [signature]
DATED: 11/17/09