*ADMITTED TO NEW JERSEY & NEW YORK BAR
NEW JERSEY CERTIFIED CRIMINAL TRIAL ATTORNEY

# Robert J. DeGroot
ATTORNEY AT LAW
56 PARK PLACE
NEWARK, NEW JERSEY 07102
(973) 643-1930
FAX NO. (973) 643-7231

EMAIL ADDRESS
RobertJDeGroot@aol.com

January 15, 2010

VIA FAX AND REGULAR MAIL

Honorable Peter G. Sheridan
U.S. District Court
MLK Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    USA vs. Leo Johnson
               Crim. No. 09-295 (PGS)
               My File No. 2937D

Dear Judge Sheridan:

      I had previously written and requested an additional adjournment. The letter was done by my law clerk and unfortunately it was not accurate, and I apologize for that.

      I have received information from Morris County Probation about the amount owed and the prospective amount owed for a two-year period. One of Mr. Leo's children is emancipated, but an Order was never entered, as that person is now over the age the of 21. I have filed a motion to emancipate that child and the motion is pending. I am waiting for narrative reports from Mr. Johnson's physician. He is suffering from heart disease and had a lung condition which is being monitored to determine whether or not it is malignant. I need additional time to complete the paperwork for submission to the court for my sentencing memorandum and I would ask that the sentencing be carried four weeks. I have discussed this with Zach Intrater, the U.S. Attorney and he has consented.

      I thank the Court for its assistance and cooperation.

      Respectfully,

      ROBERT J. DE GROOT

RJD:kb
cc:    Zach Intrater, AUSA

SO ORDERED: *[signed] Peter Sheridan*
DATED: 1/15/10