# Robert J. DeGroot

*ADMITTED TO NEW JERSEY & NEW YORK BAR
NEW JERSEY CERTIFIED CRIMINAL TRIAL ATTORNEY

ATTORNEY AT LAW
56 PARK PLACE
NEWARK, NEW JERSEY 07102
(973) 643-1930
FAX NO. (973) 643-7231

EMAIL ADDRESS
RobertJDeGroot@aol.com

February 18, 2010

Hon. Peter G. Sheridan
U.S. District Court
MLK Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: USA vs. Leo Johnson
     Crim No. 09-295 (PGS)
     My File No. 2937D

Dear Judge Sheridan:

  The above matter is presently scheduled for sentencing on March 1, 2010 before Your Honor. By coincidence Morris County scheduled Mr. Johnson's motion to emancipate his oldest child who is beyond the age of emancipation in New Jersey and no longer in school. This will effect the amount of money to be paid by Mr. Johnson.

  I have discussed with the Morris County Probation Department support unit the amount of money in addition to the $100,000.00 cash deposited with the Clerk of the Court for bail, and my client will need an additional $43,000.00 to pay prospectively two years ahead. This is based upon support of all of the children being paid. One of the children, according to my calculation, is emancipated and this will reduce the $43,000.00 by $10,000.00. I will bring an Order for th Court directing the Clerk to pay the $100,000.00 to Morris County Superior Court Family Part Probation Division for the arrearages.

  Additionally, I have a sentencing at 9:00 a.m. before the Hon. Michael Petrolle in Superior Court Essex County in a public interest homicide case involving a father and son as defendants. A family relative is the decedent and there will be victim impacts and other statements which will take more time than the ordinary.

February 18, 2010
Page two

       I have spoken to Mr. Intrater, the AUSA in the matter, and he consents to my request to adjourn this until Tuesday, March 2, if this comports with the Court's calendar. I thank you for your consideration.

Respectfully,

ROBERT J. DE GROOT

RJD:kb

cc: Zack Intrater, AUSA
Office of the U.S. Attorney

This sentence is adjourned until _Wednesday, Mar. 3, 2010 at 10:00am_

SO ORDERED

_____
PETER G. SHERIDAN, J.S.C.