UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :     Hon. Peter G. Sheridan

VS.                           :     Crim. No. 09-295 (PGS)

LEO JOHNSON                   :

ORDER

THIS MATTER being opened to the Court by Robert J. DeGroot, Esq., attorney for the Defendant, Leo Johnson, and the Defendant having placed his consent on the record in open court, and it appearing that the Defendant had previously deposited $100,000.00 in U.S. Currency as partial bond with the Clerk of the United States District Court; and it further appearing that the Court has imposed sentence and the Defendant has appeared at all times throughout the process and the Defendant is desirous of having said monies paid to the Morris County Probation Office for child support arrearages; and good cause appearing;

IT IS on this  4  day of  March  , 2010,

ORDERED that Defendant's bail be and the same is hereby exonerated; and it is further

ORDERED that the automobile titles which were given to the court as part of the bail package shall be returned to the record owner of said automobiles; and it is further

ORDERED that $100,000.00 of the exonerated bail shall be paid over by the Clerk of the Court to "N.J. Family Support Payment Center, P. O. Box 4880, Trenton, N.J. 08650, referencing account # CS-22689395A, Leo Johnson; and it is further

ORDERED that Robert J. DeGroot, Esq., who is currently the repository of $43,000.00 in trust shall maintain that trust until the return date when the New Jersey Superior Court, Morris County shall reassess and establish the child support to be paid by Defendant Leo Johnson for his children; and it is further

ORDERED that the said Robert J. DeGroot may disburse to Morris County Probation the sum of $309 per week to keep Mr. Johnson current with child support obligations and upon the Order of the Court in Morris County shall pay prospectively a two-year obligation of child support for the said obligation of Leo Johnson; and it is further

ORDERED that the said Robert J. DeGroot may disburse the sum of $15,204.00 to Morris County Probation out of the $43,000.00 to bring the said Defendant Leo Johnson current with all child support obligations.

_____
PETER G. SHERIDAN, JUDGE
UNITED STATES DISTRICT COURT